**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William G. HERNANDEZ,**
**Defendant–Appellant.**

**No. 05–15410**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 14, 2006.

Kathleen M. Williams, Miami, FL, Robin J. Farnsworth, Ft. Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and PRYOR, Circuit Judges.

---

922

PER CURIAM:

Robin J. Farnsworth, appointed counsel for William G. Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez's convictions and sentences are **AFFIRMED**.